UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case Nos.: |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | CR119-137, V. Moffett |
| TARA M. LYONS | ) | CR118-074, M. Copeland |
| July 27, 2020 through July 31, 2020 | ) | CR119-125, M. McRae |
| | ) | CR119-052, S. Freeman, et. al. |
| | ) | CR119-022, G. Powell, et. al. |
| | ) | CR119-063, T. Hart |
| | ) | CR119-002, S. Champagne |
| | ) | CR119-051, R. Alva |
| | ) | CR119-115, C. Johnson |
| | ) | CR119-104, T. Hart |
| | ) | CR119-049, R. Moore |
| | ) | CR118-028, V. Moffett |
| | ) | CR118-056, W. Harris |
| | ) | CR119-106, T. Corbin |
| | ) | CR119-157, S. Burton |
| | ) | CR119-152, D. Williams |
| | ) | CR119-015, T. Corbin |
| | ) | CR120-006, J. Musgrove |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Tara M. Lyons for the dates of July 27, 2020 through July 31, 2020 to travel out of the country for a vacation; same is hereby GRANTED.

This 12th day of February, 2020.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA